```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    DENNIS P. MAHER and THE
    MARY E. MAHER RESIDUARY TRUST,

                                            Plaintiffs,                    **ORDER SCHEDULING TELEPHONE**
                                                                            **CONFERENCE**
             -against-
                                                                                 22-CV-6506 (LJL)

    GLOBAL FACTORS LLC and
    RALPH C. JOHNSON,

                                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 29). A telephone conference will be held on **Tuesday, October 10, 2023, at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: August 8, 2023
       New York, New York

                                                                           _____
                                                                          KATHARINE H. PARKER
                                                                          United States Magistrate Judge