```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023
```

# SALLAH ASTARITA & COX, LLC
### ATTORNEYS AT LAW

MARK J. ASTARITA

mja@sallahlaw.com
MEMBER NY. NJ BAR

60 POMPTON AVENUE
VERONA, NEW JERSEY 07044

TEL: (973) 559-5566
FAX: (201) 608-7888

WWW.SALLAHLAW.COM

*Florida Office*
3010 NORTH MILITARY TRAIL
BOCA RATON, FL 33431

**MEMO ENDORSED**

August 14, 2023

> **APPLICATION GRANTED:** The telephone conference scheduled on Tuesday, October 10, 2023, at 4:00 p.m. is hereby rescheduled <u>to Thursday, October 26, 2023 at 4:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 09/27/2023

**VIA ECF**
Hon. Katharine H. Parker
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Maher, et al vs. Johnson, et al**
**Docket No. 22-cv-06506-LJL**

Dear Judge Parker:

This law firm represents the Defendants in the above referenced matter. We are in receipt of Your Honor's order scheduling a telephone conference that will be held on Tuesday, October 10, 2023, at 4:00 p.m. in advance of a settlement conference.

Unfortunately, I will be out of the country on October 10, 2023 and request that the conference be rescheduled. I have discussed alternative dates with Plaintiffs' counsel. We are available the remainder of the week of October 9 and October 16, at the Court's convenience. Alternatively, given the February trial date, if Your Honor is available, we suggest moving the conference to mid-September in the hopes of holding the mediation the week of October 16th which would give the parties sufficient time to prepare for the trial, if necessary.

No prior requests for an adjournment have been made.

Very truly yours,

*Mark J. Astarita*

Mark J. Astarita

cc: Sam Silverstein, Esq. (By ECF)