USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENNIS P. MAHER and THE
MARY E. MAHER RESIDUARY TRUST,

                        Plaintiffs,

  -against-

GLOBAL FACTORS LLC and
RALPH C. JOHNSON,

                       Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

22-CV-6506 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephone conference scheduled on Thursday, October 26, 2023, at 4:30 p.m. in advance of a settlement conference is hereby rescheduled to **Thursday, November 2, 2023 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: October 2, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge