# SALLAH ASTARITA & COX, LLC
ATTORNEYS AT LAW

MARK J. ASTARITA

mja@sallahlaw.com
MEMBER NY. NJ BAR

60 POMPTON AVENUE
VERONA, NEW JERSEY 07044

TEL: (973) 559-5566
FAX: (201) 608-7888

WWW.SALLAHLAW.COM

*New York Office*
11 BROADWAY, SUITE 615
NEW YORK, NEW YORK 10004

*Florida Office*
3010 NORTH MILITARY TRAIL
BOCA RATON, FL 33431

November 30, 2023

**VIA ECF**

**Honorable Katharine H. Parker**
**United States Magistrate Judge**
**500 Pearl Street, Room 750**
**New York, New York 10007**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023
```

**MEMO ENDORSED**

      **Re: Maher, et al., vs Global Factors LLC, et al.**
          **Docket No. 22-cv-06506**

Dear Judge Parker:

      This law firm represents the defendants in the above-referenced matter. A settlement conference is scheduled with Your Honor on January 5, 2024.

      <u>I am writing to request an adjournment of the conference as my wife is scheduled for surgery on January 4, 2024, in Florida. We had no choice as to the date of the surgery, and I will need to be in Florida on that day, and for a few days thereafter.</u>

      <u>I discussed the possible adjournment with Sam Silverstein, Esq., counsel for the Plaintiffs, who has graciously agreed to the adjournment. We are both available on any day the following week.</u>

      I apologize for making this request, and no other requests for an adjournment of this conference have been made.

Respectfully,

*/s/ Mark J. Astarita*

Mark J. Astarita

cc: Sam Silverstein, Esq. (by Email and ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Friday, January 5, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, January 8, 2024 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 2, 2024 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/01/2023