

**KAUFMANN GILDIN & ROBBINS LLP**
ATTORNEYS AT LAW

767 THIRD AVENUE, 30th Floor
NEW YORK NEW YORK 10017

TEL(212) 755-3100
FAX(212) 755-3174
WWW.KAUFMANNGILDIN.COM

December 19, 2023

**MEMO ENDORSED**

**By ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
500 Pearl Street, Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023

Re:  Dennis Maher, et al. v. Global Factors LLC, et al.
     Case No. 22-cv-06506 (LJL)

Dear Judge Parker:

This firm represents plaintiffs Dennis P. Maher and The Mary E. Maher Residuary Trust in the above referenced action.  An in-person mediation is scheduled with Your Honor on January 8, 2024.

The parties have engaged in substantive settlement negotiations and have each concluded that an in-person mediation would not be productive, beneficial or cost effective.  As a result, the parties jointly request that the Court cancel the mediation scheduled for January 8, 2024.

We apologize for any inconvenience this cancelation may have caused.

Very truly yours,

KAUFMANN GILDIN & ROBBINS LLP

s/Sam A. Silverstein

cc: Mark Astarita, Esq. (by Email and ECF)      By: SAM A. SILVERSTEIN

**APPLICATION GRANTED:**  The Settlement Conference in this matter scheduled for <u>January 8, 2024 is hereby canceled.</u>  A counsel-only Settlement Status telephone conference is scheduled for **Monday, January 8, 2024, at 4:00 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267. The Court will separately circulate a security code to access the conference line.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/20/2023