```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DENNIS P. MAHER and THE MARY E. MAHER       :
RESIDUARY TRUST,                             :
                                             :
                Plaintiffs,    :   22-cv-6506 (LJL)
                                             :
           -v-                            :   ORDER
                                             :
GLOBAL FACTORS LLC and RALPH C. JOHNSON,    :
                                             :
                Defendants.   :
                                             :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold oral argument on this action on June 27, 2024 at 4:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. The parties should be prepared to argue whether Plaintiffs have established loss causation and damages and, absent objection, to update the Court on whether the parties have had any settlement discussions.

      SO ORDERED.

Dated: June 21, 2024
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge