**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DENNIS P. MAHER and THE MARY E. MAHER
RESIDUARY TRUST,

                              Plaintiffs,

       -against-                                     22 **CIVIL** 6506 (LJL)

                                                         **JUDGMENT**

GLOBAL FACTORS LLC and RALPH C. JOHNSON,

                              Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2024, the Court has awarded Plaintiff a judgment of damages in the amount of $828,917.83 against Defendants jointly and severally; accordingly, the case is closed.

**Dated:**  New York, New York

      July 9, 2024

                                                              **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                             **BY:**             *K. Mango*

                                                               **Deputy Clerk**